# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:20-CR-00477(1)-FB |
| (1) Jonathan Travis Flora | § § | |

## ORDER RESETTING SENTENCING

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *September 19, 2023*. Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no. 68 )* is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Tuesday, November 28, 2023 at 9:00 a.m.** in Courtroom G on the Third Floor of the United States District Courthouse, 262 West Nueva Street, San Antonio, TX.

Signed this 31st day of August, 2023.

_____
**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**